## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

TIM TEICHERT on behalf of THE ESTATE OF HERMAN TEICHERT and THE ESTATE OF MINERVA TEICHERT     :

    :

         Plaintiffs,     :

    :

v.     :

    :

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and the CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS;     :

    :

         Defendants.     :

CASE NO. 21 CV 145 -J

**ORDER OF REMOVAL**

---

On July 27, 2021, a notice of removal of this case was filed with the Clerk of the United States District Court, District of Wyoming, pursuant to 28 U.S.C. § 1446. It is, therefore,

ORDERED that under Local Civil Rule 81.1, the removing party shall immediately notify the state court of the removal by filing a copy of the notice of removal with the clerk of the state court (if such as not already been done). It is

FURTHER ORDERED that the clerk of the state court is hereby advised that jurisdiction over the parties and subject matter of this action is deemed removed from the state court to the United States District Court for the District of Wyoming at the time the notice of removal is filed with the clerk of the state court, and the state court should proceed no further on this case unless it is later remanded back to the state court.

FINALLY ORDERED that the removing party shall file a copy of the entire state court record and proceedings, including the docket sheet, with the Clerk of this Court within fourteen (14) days of the entry of this Order of Removal.

Dated this _____ day of July, 2021.


_____
United States District Judge