# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED

9:52 am, 10/25/21

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| Tim Teichert<br><br>Plaintiff,<br><br>vs.<br><br>Church of Jesus Christ of Latter Day Saints<br><br>Defendant. | Case Number: 21-CV-00145-ABJ |

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ This was a Telephonic Hearing      ☑ Initial Pretrial Conference (Civil)

Date: 10/25/2021     Time: 9:29am - 9:47am     (Telephonic)

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Alex Cervantes |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Henry Bailey

Attorney(s) for Defendant(s)    Larry Laycock, Adam Beckstrom, Lucas Buckley

Other:

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline: | 8/15/22; Counter: 8/29/22; Rebuttal: 9/12/22 |
| Defendant Expert Witness Designation Deadline: | 8/15/22; Counter: 8/29/22; Rebuttal: 9/12/22 |
| Discovery Due: | Fact: 7/15/22; Expert: 10/12/22 |
| Other Fact Witness Deadline: | |
| Stipulation Deadline: | |
| Dispositive Motions Deadline | 11/18/22 |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challenges | |
| Dispositive Motions Response Deadline | 12/2/22 |

MINUTE SHEET STATUS CONFERENCE
21-CV-00145-ABJ

| | |
|---|---|
| Reply Deadline | 12/9/22 |
| Final Pretrial Conference Set: | 2/17/23 at 9:30 AM |
| Jury Trial Set: | 3/13/23 at 1:30 PM |
| Status Conference Set: | |

Other:

Joint Final Pretrial Memo: 1/13/23

Motions in Limine: 1/13/23
Responses: 1/27/23
Replies: 2/3/23

Order to enter.