Henry F. Bailey, Jr.
Lance T. Harmon,
BAILEY STOCK HARMON COTTAM LOPEZ LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY 82003
307-638-7745

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| TIM TEICHERT on behalf of THE ESTATE OF HERMAN TEICHERT and THE ESTATE OF MINERVA TEICHERT,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF, LATTER-DAY SAINTS, a Utah corporation sole;<br>Defendant. | Case No. 21-CV-00145-ABJ |

## STIPULATION FOR PLAINTIFF'S AMENDED COMPLAINT

Plaintiff and Defendant hereby stipulate to the filing of Plaintiff's Amended Complaint, which is attached hereto and incorporated by this reference.

Dated this 23rd day of November, 2021.

Plaintiff's counsel:

/s/ Henry F. Bailey, Jr
Henry F. Bailey, Jr., Wyo Bar. No 5-1681
Lance T. Harmon – Wyo Bar. No. 6-3076
**BAILEY STOCK HARMON COTTAM LOPEZ LLP**
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, Wyoming 82003
307-638-7745
hank@performance-law.com
lance@performance-law.com

**Defendant's counsel:**

*/s/ Larry R. Laycock*
_____
Lucas Buckley (Wyo. Bar # 6-3997)
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, Wyoming 82003-1208
Phone: (307) 634-7723
Fax: (307) 634-0985
lbuckley@hkwyolaw.com

Larry R. Laycock (4743)
Clinton E. Duke (9784)
Adam B. Beckstrom (14127)
Dentons Durham Jones Pinegar, P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
 Telephone: 801-415-3000
larry.laycock@dentons.com
clinton.duke@dentons.com
adam.beckstrom@dentons.com