# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VAu 1-429-202**
Effective Date of Registration:
April 22, 2021
Registration Decision Date:
May 03, 2021

## Title
- **Title of Work:** Relief Society Quilting

## Completion/Publication
- **Year of Completion:** 1932

## Author
- **Author:** Minerva Bernetta Kohlhepp Teichert
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1888
- **Year Died:** 1976

## Copyright Claimant
- **Copyright Claimant:** Estate of Minerva Teichert
  P.O. Box 364, Cokeville, WY, 83114

## Rights and Permissions
- **Organization Name:** Estate of Minerva Teichert
- **Address:** P.O. Box 364
  Cokeville, WY 83114 United States

## Certification
- **Name:** Alexis P. Grilli
- **Date:** April 22, 2021
- **Applicant's Tracking Number:** 088884-11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

## VAu 1-429-222

**Effective Date of Registration:**
April 22, 2021
**Registration Decision Date:**
May 03, 2021

## Title

**Title of Work:** Cast Your Nets on the Other Side

## Completion/Publication

**Year of Completion:** 1932

## Author

- **Author:** Minerva Bernetta Kohlhepp Teichert
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1888
  **Year Died:** 1976

## Copyright Claimant

**Copyright Claimant:** Estate of Minerva Teichert
P.O. Box 364, Cokeville, WY, 83114

## Rights and Permissions

**Organization Name:** Estate of Minerva Teichert
**Address:** P.O. Box 364
Cokeville, WY 83114 United States

## Certification

**Name:** Alexis P. Grilli
**Date:** April 22, 2021
**Applicant's Tracking Number:** 088884-12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-429-203

**Effective Date of Registration:**
April 22, 2021
**Registration Decision Date:**
May 03, 2021

## Title
      Title of Work: Handcart Pioneers

## Completion/Publication
      Year of Completion: 1932

## Author
-       Author: Minerva Bernetta Kohlhepp Teichert
      Author Created: 2-D artwork
      Work made for hire: No
      Citizen of: United States
      Year Born: 1888
      Year Died: 1976

## Copyright Claimant
      Copyright Claimant: Estate of Minerva Teichert
      P.O. Box 364, Cokeville, WY, 83114

## Rights and Permissions
      Organization Name: Estate of Minerva Teichert
      Address: P.O. Box 364
      Cokeville, WY 83114 United States

## Certification
      Name: Alexis P. Grilli, Attorney of Record, Nixon Peabody LLP
      Date: April 22, 2021
      Applicant's Tracking Number: 088884-10