Henry F. Bailey, Jr.
Lance T. Harmon,
BAILEY STOCK HARMON COTTAM LOPEZ LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY  82003
307-638-7745

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| TIM TEICHERT on behalf of THE ESTATE OF HERMAN TEICHERT and THE ESTATE OF MINERVA TEICHERT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CHURCH OF JESUS CHRIST OF, LATTER-DAY SAINTS, a Utah corporation; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; and the CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>　　　　Defendants. | Case No. 21-CV-00145-ABJ |

**ORDER GRANTING STIPULATED MOTION
TO AMEND SCHEDULING ORDER**

Plaintiff having moved the Court for an Amended Scheduling Order, the Court being fully advised and good cause having been found,

IT IS HEREBY ORDERED that said motion is granted.  The Court will enter the Amended Scheduling Order agreed to by the parties forthwith.

Dated this _____ day of July, 2022

　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　_____