

**FILED**

*11:20 am, 12/23/22*

**Margaret Botkins**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

TIM TEICHERT on behalf of THE
ESTATE OF HERMAN TEICHERT and
THE ESTATE OF MINERVA
TEICHERT,

        Plaintiffs,

    v.

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah
corporation sole,

        Defendant.

Case No.  21-CV-145-ABJ

---

### ORDER LIFTING STAY

---

In accordance with parties' stipulated request, the Court previously stayed this matter on October 4, 2022. ECF Nos. 36, 37.

On December 1, 2022, the parties informed the Court that they have been unable to negotiate a settlement of this case. ECF Nos. 42, 43. The Court published its *Amended Order on Initial Pretrial Conference* on December 22, 2022. ECF No. 44.

Therefore, IT IS **HEREBY ORDERED** that the Court's stay of this matter be **LIFTED**, and the parties proceed in this action pursuant to the *Amended Order on Initial Pretrial Conference* (ECF No. 44).

Dated this  2 3ʳᵈ day of December, 2022.

1

Alan B. Johnson
United States District Judge