# EXHIBIT B

LATHAM & WATKINS LLP
  Andrew M. Gass (SBN 259694)
    *andrew.gass@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111-6538
  415.391.0600 / 415.395.8095 (Fax)

  Sarang Vijay Damle (*pro hac vice*)
    *sy.damle@lw.com*
  Holly K. Victorson (SBN 305595)
    *holly.victorson@lw.com*
  555 Eleventh Street, NW, Suite 1000
  Washington, DC 20004
  202.637.2200 / 202.637.2201 (Fax)

  Allison S. Blanco (SBN 287554)
    *allison.blanco@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, CA 92626-1925
  714.540.1235 / 714.755.8290 (Fax)

*Attorneys for Defendants*
The Church of Jesus Christ of Latter-day Saints, Brigham Young University, Brigham Young University Museum of Art, Deseret Management Corporation, Deseret Book Company, and Latter-day Home LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| TIM TEICHERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF MINERVA TEICHERT,<br><br>Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, BRIGHAM YOUNG UNIVERSITY, BRIGHAM YOUNG UNIVERSITY MUSEUM OF ART, DESERET MANAGEMENT CORPORATION, DESERET BOOK COMPANY, and LATTER-DAY HOME LLC,<br><br>Defendants. | CASE NO. 8:23-cv-00180-FWS-JDE<br><br>**DECLARATION OF HOLLY K. VICTORSON IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE** |

I, Holly K. Victorson, hereby declare and state as follows:

1. I am a member in good standing of the bar of the State of California and an attorney for the law firm of Latham & Watkins LLP, counsel for Defendants in this matter. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the complaint filed by Tim Teichert ("Mr. Teichert"), as personal representative of the Estate of Herman Teichert and the Estate of Minerva Teichert, in Wyoming state court on October 23, 2020, No. CV-2020-141-DC.

3. Attached hereto as **Exhibit B** is a true and correct copy of the complaint filed by Mr. Teichert, as personal representative of the Estate of Herman Teichert and the Estate of Minerva Teichert, in Wyoming state court on June 15, 2021, No. CV-2021-87-DC, as it was filed in connection with *Teichert v. Church of Jesus Christ of Latter-day Saints*, No. 2:21-cv-00145-ABJ (D. Wyo.) ("Wyoming Litigation") (ECF No. 2).

4. Attached hereto as **Exhibit C** is a true and correct copy of the notice of removal of Wyoming state court case No. CV-2021-87-DC to the United States District Court for the District of Wyoming, as it was filed on July 28, 2021 in the Wyoming Litigation (ECF No. 1).

5. Attached hereto as **Exhibit D** is a true and correct copy of the amended complaint filed by Mr. Teichert, as personal representative of the Estate of Herman Teichert and the Estate of Minerva Teichert, on November 23, 2021 in the Wyoming Litigation (ECF No. 26).

6. Attached hereto as **Exhibit E** is a true and correct copy of the current scheduling order in the Wyoming Litigation, dated December 22, 2022 (ECF No. 44).

7. Attached hereto as **Exhibit F** is a true and correct copy of a webpage titled "Springville Museum of Art - Indian Captives at Night," as captured on March 14, 2023 at the following URL:  https://webkiosk.springville.org/objects-1/info/726.

8. Attached hereto as **Exhibit G** is a true and correct copy of a webpage titled "Herding Cattle across the River – Works – eMuseum," as captured on March 14, 2023 at the following URL:  http://collections.starkculturalvenues.org/objects/40678/herding-cattle-across-the-river.

9. Attached hereto as **Exhibit H** is a true and correct copy of Defendants' Answer to Complaint and Affirmative Defenses, filed on September 3, 2021 in the Wyoming Litigation (ECF No. 13).

10. Attached hereto as **Exhibit I** is a true and correct copy of a document titled "Table C.  U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending March 31, 2021 and 2022," as downloaded on March 14, 2023 from the URL:  https://www.uscourts.gov/statistics/table/c/federal-judicial-caseload-statistics/2022/03/31.

11. Attached hereto as **Exhibit J** is a true and correct copy of a webpage titled "Judges' Procedures and Schedules | Central District of California | United States District Court," as captured on March 15, 2023 at the following URL:  https://www.cacd.uscourts.gov/judges-schedules-procedures.

12. Attached hereto as **Exhibit K** is a true and correct copy of a webpage titled "Court Info | District of Wyoming | United States District Court," as captured on March 15, 2023 at the following URL:  https://www.wyd.uscourts.gov/court-info.

13. Exhibit I indicates that, as of March 31, 2022, 10,182 civil cases were pending before the Central District of California and 254 civil cases were pending before the District of Wyoming.

14. Exhibit J indicates that there are currently 34 active district court judges in the Central District of California. Exhibit K indicates that there are currently 3 active district court judges in the District of Wyoming.

15. Assuming there are as many civil cases pending today as there were on March 31, 2022 (the latest public data reflected in Exhibit I), averaging the number of pending civil cases per active judge results in 299 pending civil cases per active judge in the Central District of California and 85 pending civil cases per active judge in the District of Wyoming (rounded to the nearest whole number).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 31, 2023 at Washington, D.C.

*/s/ Holly K. Victorson*
Holly K. Victorson