Henry F. Bailey, Jr.
Lance T. Harmon,
BAILEY STOCK HARMON COTTAM LOPEZ LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY  82003
307-638-7745

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| TIM TEICHERT on behalf of THE ESTATE OF HERMAN TEICHERT and THE ESTATE OF MINERVA TEICHERT, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 21-CV-00145-ABJ |
| v. ) ) | |
| THE CHURCH OF JESUS CHRIST OF, ) LATTER-DAY SAINTS, a Utah corporation sole; ) Defendant. ) | |

## NOTICE OF SERVICE OF DEPOSTION *DUCES TECUM*

Plaintiff, by and through counsel, BAILEY STOCK HARMON COTTAM LOPEZ, LLP, hereby gives notice that the attached Subpoena will be served on Marian Wardle, by and through her counsel, Gregory Taggart.

Dated this 28th day of July, 2023.

**BAILEY STOCK HARMON COTTAM LOPEZ LLP**

*/s/ Henry F. Bailey, Jr*
Henry F. Bailey, Jr., Wyo Bar. No 5-1681
Lance T. Harmon – Wyo Bar. No. 6-3076
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, Wyoming 82003
307-638-7745
hank@performance-law.com
lance@performance-law.com

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing *Notice of Service of Subpoena Duces Tecum* was served this 28th day of July, 2023, via this court's CM/ECF system to the following:

Lucas Buckley (Wyo. Bar # 6-3997)
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, Wyoming 82003-1208
Phone: (307) 634-7723
Fax: (307) 634-0985
lbuckley@hkwyolaw.com

Larry R. Laycock (4743)
Clinton E. Duke (9784)
Adam B. Beckstrom (14127)
Dentons Durham Jones Pinegar, P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
larry.laycock@dentons.com
clinton.duke@dentons.com
adam.beckstrom@dentons.com

                                    */s/ Henry F. Bailey, Jr.*
                                    Henry F. Bailey, Jr.