Henry F. Bailey, Jr.
Lance T. Harmon,
BAILEY STOCK HARMON COTTAM LOPEZ LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY  82003
307-638-7745

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| TIM TEICHERT on behalf of THE ESTATE OF HERMAN TEICHERT and THE ESTATE OF MINERVA TEICHERT, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE CHURCH OF JESUS CHRIST OF, LATTER-DAY SAINTS, a Utah corporation sole; Defendant. | ) ) ) |

Case No. 21-CV-00145-ABJ

**ORDER APPROVING DISCLOSURE OF DESIGNATED "CONFIDENTIAL" DOCUMENT TO THE PROBATE COURT**

Plaintiff having moved the Court for approval to disclose a designated "Confidential Document" to the Hon. Joseph B. Bluemel, District Judge, Third Judicial District, Lincoln County, Wyoming, in Probate Docket PR-2018-20-DC, the Court having considered the provisions of the Stipulated Protective Order herein, and being otherwise fully apprised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion be and the same is hereby **GRANTED.**

Dated this ___ day of September, 2023.

_____
United States District Court

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing proposed *Order* was served this _____ day of September, 2023, via this court's CM/ECF system to the following:

Henry F. Bailey, Jr. #5-1681
Lance T. Harmon #6-3076
Bailey Stock Harmon Cottam Lopez, LLP
P.O. Box 1557
Cheyenne, WY 82003-1557
(307) 638-7745
Hank@performance-law.com
Lance@performance-law.com

Lucas Buckley (Wyo. Bar # 6-3997)
Hathaway & Kunz, LLP
P. O. Box 1208
Cheyenne, Wyoming 82003-1208
Phone: (307) 634-7723
Fax: (307) 634-0985
lbuckley@hkwyolaw.com

Larry R. Laycock (4743)
Clinton E. Duke (9784)
Adam B. Beckstrom (14127)
Dentons Durham Jones Pinegar, P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
larry.laycock@dentons.com
clinton.duke@dentons.com
adam.beckstrom@dentons.com

                                                                 _____
                                                                  Clerk of U.S. District Court